No. 76–689.  MITCHELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–817.  ROBBINS *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 76–855.  LEGGETT & PLATT, INC. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 76–892.  FLOREA ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–902.  OLSEN *v.* GOODMAN.  Sup. Ct. Fla.  Certiorari denied.

No. 76–908.  CITIZENS & SOUTHERN NATIONAL BANK *v.* UNITED STATES; and
No. 76–909.  CITIZENS & SOUTHERN NATIONAL BANK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 538 F. 2d 1101.

No. 76–924.  SAVE OUR INVALUABLE LAND (SOIL), INC., ET AL. *v.* NEEDHAM ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 76–929.  OWENS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–947.  RODEWAY INNS OF AMERICA, INC., ET AL. *v.* FRANK ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–957.  WITHINGTON *v.* FEDERAL ENERGY ADMINISTRATION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 76–975.  WINN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.